[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11631

Non-Argument Calendar

_____

PAUL WALDE,

Plaintiff-Appellant,

*versus*

SHARON KERI,
Process Manager,
JOHN DOE,
Unnamed defendant person of
DMV over see license suspension,
PERSON OF DMV DEPARTMENT OF MOTOR
VEHICLES,

Defendants-Appellees.

2                      Opinion of the Court                    24-11631

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00412-RH-MAF

_____

Before ROSENBAUM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Paul Walde, proceeding *pro se*, appeals the district court's February 26, 2024 final order and judgment.  The statutory time limit required him to file a notice of appeal on or before April 11, 2024, 30 days after the district court's March 12, 2024 order denying his timely motion to reconsider the final order.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a); Fed. R. Civ. P. 59(e).  However, he did not file his instant notice of appeal until May 20, 2024, and thus, it cannot invoke our jurisdiction.  *See* Fed. R. App. P. 4(c)(1); *Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 21 (2017).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.